

**COMMONWEALTH OF MASSACHUSETTS**
**EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS**
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
SOUTHEAST REGIONAL OFFICE
20 RIVERSIDE DRIVE, LAKEVILLE, MA 02347   508-946-2700

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

ELLEN ROY HERZFELDER
Secretary

ROBERT W. GOLLEDGE, Jr.
Commissioner

December 8, 2003

Mr. Robert J. Kelly, President
EarthSource, Inc.
1958 Broadway
Raynham, Massachusetts 02767

RE: RAYNHAM—Water Pollution Control,
Septage Treatment Facility,
1958 Broadway,
Permit No. W034495

Dear Mr. Kelly:

The Department is in receipt of plans and specifications for the construction of a septage receiving and treatment facility in Raynham, Massachusetts. The plans and specifications were prepared and submitted on behalf of the applicant by LFR, Levine Fricke, Inc. The plans and specifications are entitled:

PROPOSED WASTEWATER TREATMENT PLANT
1958 BROADWAY
RAYNHAM, MASSACHUSETTS 02767

PREPARED FOR:

EARTHSOURCE, INC.
1958 BROADWAY, MASSACHUSETTS 02767

PREPARED BY:

LFR, LEVINE FRICKE, INC.
194 FORBES ROAD
BRAINTREE, MASSACHUSETTS 02184

FEBRUARY 3, 2003
REVISED 6/17/03

These plans were attached to and made part of an application for sewer connection permit under review by this office (Transmittal No. W034495).

This information is available in alternate format. Call Debra Doherty, ADA Coordinator at 617-292-5565. TDD Service - 1-800-298-2207.

DEP on the World Wide Web: http://www.mass.gov/dep
Printed on Recycled Paper

Exhibit A

Treatment of septage will be provided in an enclosed facility of approximately 14,000 square feet. The current design depicts a phased treatment process for incoming septage and grease loads from tanker trucks ranging in size from 1,000 to 9,000 gallons. The facility will utilize a septage conditioning and dewatering process, converting raw septage into dewatered sludge and liquid filtrate. Pressure filtration of the conditioned septage will be provided by a plate and frame filter press with the filtrate discharged to the Town of Raynham sewerage system.

Septage will be pumped from the receiving area to a 125,000 gallon holding tank. The holding tank includes a mixer to keep the wastewater in constant motion. The wastewater is then pasteurized, in accordance with 310 CMR 32.81 and as such is an acceptable processes for additional pathogen reduction. Lime is then added to raise the pH level and to reduce vector attraction. The wastewater is then sent to filter presses to produce a sludge. These processes are proposed consistent with 310 CMR 32.80 and 32.81 with the intent to have the resultant sludge classified as Type I by the Department for beneficial re-use. Filtrate from the presses will be pumped into a holding tank for subsequent biological treatment to reduce BOD and TSS to meet the Town of Raynham Sewer Use Ordinances.

A maximum of 99,500 gallons per day of treated filtrate will then be pumped into the Town of Raynham sewer system which flows to the City of Taunton sewer system and ultimately to the City of Taunton Advanced Wastewater Treatment Plant. There are no proposed industrial contributions to the proposed septage treatment facility and the facility shall be operated in compliance with 314 CMR 7.21, (General Conditions for Sewer Connections) and in accordance with 314 CMR 12.00: "Operation and Maintenance and Pretreatment Standards for Wastewater Treatment Works and Indirect Discharges".

Based upon its review, the Department believes that the proposed wastewater treatment facility has been designed in accordance with its current guidelines and in a manner that protects the public health and the environment. The Department hereby approves the plans for the treatment and disposal of a maximum of 99,500 gallons per day of septage, subject to the following provisions:

1. Construction shall be in strict accordance with the approved plans. No changes shall be made without the prior written approval of the Department.

2. A clear water test of the treatment facility must be performed prior to the facility being put on-line. The clear water test shall be scheduled at least twenty-one (21) days in advance so that Department personnel can be present.

3. Fourteen (14) days prior to the clear water test, a contract for engineering consulting services for a term of two (2) years shall be submitted to this office for review.

4. Fourteen (14) days prior to the clear water test a copy of a contract with a licensed sludge hauler shall be submitted to this office. Said contract shall state the approved facility where the sludge not intended for beneficial re-use is to be transported for final disposal. Said contract shall be good for at least one (1) year.

5. If the dewatered sludge is disposed in state, at a municipal landfill, approval from the appropriate municipal authority and Regional Office of the Department of Environmental Protection, Division of Solid Waste shall be obtained sufficiently in advance of facility operation.

6. Prior to any use of the final sludge product, under 310 CMR 32.00, Beneficial Re-Use, the proponent shall obtain a classification of the material by submitting appropriate applications to, and receiving approval from, the Department's Southeast Regional Office and the Raynham Board of Health. The final product will be stored outside in a covered area. Measures shall be taken during storage to ensure that adverse weather conditions do not affect the quality, consistency and reduced pathogen content of the sludge prior to sale and/or distribution.

7. Fourteen (14) days prior to the clear water test an operation and maintenance manual prepared in accordance with 314 CMR 12.04(1) shall be submitted to this office for review. The manual shall contain sections devoted especially to site stormwater drainage system maintenance and monitoring, to measures necessary to maintain compliance with the Department's Stormwater Management Policy, to spill response contingency planning, to pre-acceptance screening of incoming trucks to assure no hazardous or industrial wastes are received, to monitoring and optimizing the operation of the odor control technology and to the implementation of the Startup Operations Plan referenced in #14 below.

8. Twenty-four (24) hours prior to the clear water test written certification that the storage, treatment and sewer connection facilities were constructed in accordance with the approved plans shall be submitted by a Professional Engineer registered in the Commonwealth of Massachusetts. Nothing in this provision is intended to interfere with the right of the Town of Raynham Board of Health and Board of Sewer Commissioners to inspect the facilities at any time during construction in order to assess compliance with the final plans as approved by the Department.

9. Fourteen (14) days prior to the clear water test a spare parts inventory list shall be submitted to this office. All spare parts must be on-site at the time of the clear water test.

10. Operation and maintenance of the proposed facility must be in accordance with 314 CMR 12.00: "Operation and Maintenance and Pretreatment Standards for Wastewater Treatment Works and Indirect Discharges" and 257 CMR 2.00: "Rules and Regulations for Certification of Operators of Wastewater Treatment Facilities".

11. The referenced facility has been rated by the Department (in accordance with 257 CMR 2.00) and it has been determined that the proposed wastewater treatment plant is a Grade 6 facility. Therefore, please be advised that as a Grade 6 facility, it is required that the person in responsible charge (Chief Operator) possess a valid Grade 6 Massachusetts Wastewater Treatment Operator's License. Also, a backup operator must be provided who shall possess at least a valid Grade 6 license.

> Please be advised if the operation and maintenance of the above-referenced facility is contracted to a private concern, the owner is subject to 314 CMR 12.04(3) which states:
>
> "If the owner of the wastewater treatment facility intends to contract for the operation of the facility, such contract shall be submitted to the Division [of Water Pollution Control] for review and approval prior to execution of the contract."
>
> If contract operations are proposed, fourteen (14) days prior to the clear water test a copy of the contract for operations, signed only by the contractor, shall be submitted to this office for review. Along with the contract a detailed listing of all contract operation obligations of the proposed contractor at other facilities shall also be submitted.

12. The facility must be provided with an appropriately sized and permitted backflow prevention device on the municipal water supply.

13. The operation of the referenced facility must comply with all the requirements listed in Sewer Connection Permit No. W034495 and with 314 CMR 7.00 " Sewer System Extension and Connection Permit Program.

14. The proposed wastewater treatment facility, at maximum flow, has been designed for an influent wastewater stream of 76% grease trap waste and 24% domestic septage. The grease originates from grease traps that precede septic systems and sewer connections. The nature of each of these two wastewater streams are quite variable in organic strength, physical consistency and odor level. It is understood that among the primary goals of this facility is to produce a consistently high quality sludge product for market, an effluent of reliable quality meeting local sewer use standards and to control all potentially offensive odors from emission within the building and to the downwind community using modern odor control equipment. To insure these goals, adequate margins of safety in the design must be maintained throughout facility operation. As this facility is unique in design and the treated product so variable, a Startup Operations Plan shall be submitted to this office sixty (60) days prior to the clear water test. This plan will be in the form of an engineering report which will detail a comprehensive monitoring plan to be conducted from a startup Grease to Septage ratio of approximately 50/50 % and continue over a period of one month until full design flow is attained at the ratio of 76/24%. In addition to the monitoring required for the effluent and the sludge, this monitoring will focus on the characteristics of the product to be treated and the efficiencies of all key components of the facility, including the individual odor control devices. The objective of the report is to define the margins of safety in the design, during operation, based upon real data operation. The report will also serve as a tool to assist in the evaluation and consideration of any future increase in the influent grease ratio and will provide a basis for insuring adequate odor controls. The plan should be submitted to this office prior to the sixty (60) day period above if the timing of proposed equipment purchase, delivery and installation is in conflict with the proposed timing of facility startup.

15. If odiferous compounds are present within the enclosed wastewater treatment facility at such levels or concentrations that interfere with the routine operation or inspection of the facility, measures shall be taken immediately to plan and remediate them. Such measures shall include detailed, written communication to this Department and Raynham's Board of Sewer Commissioners and Board of Health. The current proposed odor controls should include design features to accommodate such future modifications if needed.

Approval of the aforementioned plans constitutes approval of the septage/wastewater/ sludge storage, treatment and sewer connection systems only.

This proposal has been submitted for approval by the Department under 310 CMR 3.24, "TRADE SECRETS SUBJECT TO CONFIDENTIALITY". All documents relating to the design and operation of this facility, when submitted to the Department with appropriate label, will be kept in a separate secure file. It is the responsibility of the applicant/permittee to provide documents to the Town of Raynham and the City of Taunton related to this permit/approval and to notify them of the request under 310 CMR 3.24. Please copy this Department on such communication.

Prior to commencement of construction, you are advised to file, at a minimum, a Request for a Determination of Applicability with the Raynham Conservation Commission relative to the extent of Riverfront Area on the site.

Enclosed herewith are stamped approved copies of the plans, a copy of which must be kept on-site and used for construction purposes and permanently kept at the facility and another is provided for forwarding to the Raynham Board of Sewer Commissioners and Board of Health.

The Department reserves the right to rescind, suspend or modify this approval by the imposition of additional conditions or amendments to the stated conditions based on determining any actual or potential adverse impacts resulting from the conduct of this project.

If you should have any questions or need additional information, please contact Richard Rondeau of this office at (508) 946-2816 or me at (508) 946-2757.

Very truly yours,

Jeffrey E. Gould
Bureau of Resource Protection

G/RR/bh

Enclosure

cc:    Board of Health
53 Orchard St.
Raynham, MA 02767

Mr. Frank Cabral, Jr., P.E., Superintendent
Board of Sewer Commissioners
1555 King Philip St.
Raynham, MA 02767

Mr. Frank Nichols, Commissioner
Department of Public Works
90 Ingell St.
Taunton, MA 02780

Mr. George Williams, Sewer Supervisor
City of Taunton
90 Ingell St.
Taunton, MA 02780

Mr. Gerald Cresap, Jr., P.E.
LFR Levine Fricke, Inc.
194 Forbes Rd.
Braintree, MA 02184

ecc:    DEP-CERO
ATTN: Larry Polese

DEP-SERO
ATTN: Anne Bingham
       Dave Ellis, DSWM
       Brenda Chabot

DEP-BOSTON-DWPC
ATTN: Thomas Bienkewicz

B



**COMMONWEALTH OF MASSACHUSETTS**
**EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS**
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
SOUTHEAST REGIONAL OFFICE
20 RIVERSIDE DRIVE, LAKEVILLE, MA 02347   508-946-2700

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

ELLEN ROY HERZFELDER
Secretary

ROBERT W. GOLLEDGE, Jr.
Commissioner

December 8, 2003

Mr. Robert J. Kelly, President
EarthSource, Inc.
1958 Broadway (Route 138)
Raynham, Massachusetts 02767

RE: RAYNHAM—Sewer System Connection,
BRPWP17, Proposed Wastewater
Treatment Plant, 1958 Broadway
(Route 138),
Permit No. W034495

Dear Mr. Kelly:

This letter is in response to your application for a sewer connection permit to discharge into the sewer system located at a proposed septage treatment facility, located at 1958 Broadway in the Town of Raynham, Massachusetts. After due public notice, I hereby issue the attached final permit.

No comments objecting to the issuance or terms of the permit were received by the Department during the public comment period. Therefore, in accordance with 314 CMR 2.08, the permit becomes effective upon issuance.

This Permit is an action of the Department. If you are aggrieved by this action, you may request an adjudicatory hearing. A Notice of Claim for an Adjudicatory Hearing must be made in writing and postmarked within thirty (30) days of the date this permit was issued. Pursuant to 310 CMR 1.01(6), the Notice of Claim shall state clearly and concisely the facts which are grounds for the proceeding and the relief sought.

The Notice of Claim, along with a valid check payable to the Commonwealth of Massachusetts in the amount of one hundred dollars ($100.00), must be mailed to:

Commonwealth of Massachusetts
Department of Environmental Protection
P.O. Box 4062
Boston, MA 02211

The Notice will be dismissed if the filing fee is not paid, unless the appellant is exempt or granted a waiver as described in 310 CMR 4.00.

This information is available in alternate format. Call Debra Doherty, ADA Coordinator at 617-292-5565. TDD Service - 1-800-298-2207.

DEP on the World Wide Web: http://www.mass.gov/dep
Printed on Recycled Paper

Exhibit B

If you have any questions, please contact Mr. Richard Rondeau at (508) 946-2816.

Very truly yours,

Jeffrey E. Gould
Bureau of Resource Protection

G/RR/bh

cc:   Mr. Frank Cabral, Jr., P.E., Superintendent
      Board of Sewer Commissioners
      1555 King Philip St.
      Raynham, MA 02767

      Mr. Frank Nichols, Commissioner
      Department of Public Works
      City of Taunton
      90 Ingell St.
      Taunton, MA 02780

      Mr. George Williams, Sewer Supervisor
      City of Taunton
      90 Ingell St.
      Taunton, MA 02780

      Mr. Philip A. McNulty, P.E.
      Hayward-Boynton & Williams, Inc.
      60 Court St.
      Taunton, MA 02780

      Board of Health
      53 Orchard St.
      Raynham, MA 02767

Permit No. <u>W034495</u>
RAYNHAM

# DEPARTMENT OF ENVIRONMENTAL PROTECTION
# DIVISION OF WATER POLLUTION CONTROL

## SPECIAL CONDITIONS

1. Sewer line and water main separation shall conform to guidelines in TR-16, Guides for the Design of Wastewater Treatment Works.

2. Manholes shall be designed for watertightness and anticipated loadings.

3. All cross-country sewers shall be constructed using watertight construction methods and shall have solid, gasketed and lockable manhole covers.

4. The permittee shall comply with all requirements of the Industrial Pretreatment Program and Sewer Use Ordinances in effect in the Town of Raynham and the City of Taunton, as appropriate. Copies of all routine reports of data and monitoring results shall be kept on-site and made available to the Department of Environmental Protection upon request.

5. The permittee shall comply with all local permits and agreements in effect with the Town of Raynham.

6. The permittee shall establish procedures to mitigate sewage flow during loss of power to the facility.

7. In accordance with 314 CMR 7.10(3), this permit shall be valid for five years. The applicant shall file for a new sewer connection permit at least ninety (90) days prior to the expiration of the current permit in accordance with 314 CMR 7.09(3).

8. All sewer piping and structures crossing within the buffer zone (100 feet) of any wetlands or surface water bodies or impoundments shall be built using watertight construction methods.

9. The permittee shall seek and obtain local conservation commission approval, if applicable, prior to construction of this sewer.

10. In accordance with 314 CMR 7.20(21)(b), 314 CMR 7.05(4), 314 CMR 7.09(3)(a)(b) and 314 CMR 7.12(1), any changes in the processes and/or chemicals used at this facility which could affect waste stream characteristics shall result in the applicant notifying the Department of Environmental Protection, Southeast Regional Office, Division of Water Pollution Control in writing at least ninety (90) days in advance of the change and filing of a new sewer connection permit application with the above office as soon as possible to avoid discontinuation of discharge while the application is reviewed. At a minimum, this permit shall be renewed every five years or as stated above.

2
(CONTINUED)

11. The permittee shall comply with all conditions of the intermunicipal agreement, subject to on-going negotiations of a new intermunicipal agreement, between the Town of Raynham and the City of Taunton as applicable to this sewer connection permit.

12. This permit includes a sewer connection discharging sewage to a recently constructed sewer extension, by the Town of Raynham, permitted by the Department of Environmental Protection on November 6, 2001 (Permit No. W021553). Therefore, the permittee must secure the necessary commitment from the Raynham Board of Sewer Commissioners in order to proceed with appropriate assurance that the extension approved by Permit No. W021553 will be available to convey sewage generated by this Permit No. W034495.

13. This permit is issued in conjunction with the Septage Treatment Facility to be located at 1958 Broadway in Raynham, approved by the Department of Environmental Protection in a letter dated December 8, 2003, to convey effluent to the Town of Raynham sewer system for final treatment at the City of Taunton Wastewater treatment Facility. The terms and conditions of that approval are incorporated by reference herein and made enforceable hereunder.

14. The applicant shall record a copy of this approval, permit and special conditions in the chain of title to the properties to be served by this sewer system in the appropriate Registry of Deeds or Land Registration Office.

15. The sewer line shall be under the ownership of EarthSource, Inc. The Department shall be notified of any change of ownership in accordance with 314 CMR 7.13.

16. All easements shall be obtained and recorded in the appropriate Registry of Deeds prior to construction of this sewer connection.

**END OF SPECIAL CONDITIONS**



Massachusetts Department of Environmental Protection
Bureau of Resource Protection – Water Pollution Control
Sewer Connections/Extensions

# BRP WP 13, 14, 17, 18, 55
## Application for Permit for Sewer System Extension or Connection

DEP Use Only:

W034495
Permit Number

RAYNHAM
Town

**Important:** When filling out forms on the computer, use only the tab key to move your cursor - do not use the return key.




The original of the transmittal form and this application, signed by the appropriate municipal official, should be submitted along with one copy to the appropriate Regional Office. The signature of the design engineer or other agent will be accepted only if accompanied by a letter of authorization. A copy of the transmittal form and fee (if applicable) should be submitted to the Boston Office.

If connection is to be made to the MWRA sewerage system, indicate "MWRA" in item 11.

If the project includes sewers, pumping stations, force mains, or siphons, construction plans must be submitted with the application.

If additional space is required to properly answer any questions, please attach additional sheets and refer to the attachments in the space provided.

## A. Applicant Information

1. Name and Address of Applicant:

   EarthSource, Inc.
   Name

   1958 Broadway (Rte. 138)
   Street address

   Raynham                                                                 02767
   City/Town                                                                Zip Code

   (508) 822-1310
   Telephone Number (include area code and extension)                       E-mail address (optional)

2. Name of Sewer System Owner:

   Town of Raynham
   Name

   Municipality or Sewer District

   Sewer Department
   Department

## B. Project Information

1. Type of Project:   ☐ Sewer Extension    ☒ Sewer Connection

2. Number of Residences to be served:                                       N/A

3. Number of Bedrooms:                                                       N/A



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection – Water Pollution Control
Sewer Connections/Extensions

# BRP WP 13, 14, 17, 18, 55

**Application for Permit for Sewer System Extension or Connection**

DEP Use Only:

W034495
Permit Number

_____
Town

## B. Project Information (Continued)

4. Other establishments to be served:

   a. EarthSource, Inc.
      Name
      
      1958 Broadway (Rte. 138)
      Address
      
      Waste Water Treatment Facility
      Type of Establishment
      
      99,500 GPD
      Design Flow

   b. _____
      Name
      
      _____
      Address
      
      _____
      Type of Establishment
      
      _____
      Design Flow

5. Design Flow:

   | | | |
   |---|---|---|
   | Sewage | 99,500 | Gallons per day |
   | Industrial Wastes | 0 | Gallons per day |
   | Total | 99,500 | Gallons per day |

6. Location, Length, Size and Capacity of Sewers to be Connected to the existing system (attach sketch):

   a. Robinson Street (SMH RN15)
      Name of Street
      
      | 3080'+/- | 3" PVC SDR21 FSM | 140 GPM |
      |---|---|---|
      | Length of Sewer | Size of Sewer | Flow Full Capacity |

   b. _____
      Name of Street
      
      | _____ | _____ | _____ |
      |---|---|---|
      | Length of Sewer | Size of Sewer | Flow Full Capacity |

   c. _____
      Name of Street
      
      | _____ | _____ | _____ |
      |---|---|---|
      | Length of Sewer | Size of Sewer | Flow Full Capacity |

**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection – Water Pollution Control
Sewer Connections/Extensions

# BRP WP 13, 14, 17, 18, 55

Application for Permit for Sewer System Extension or Connection

DEP Use Only:

W034495
Permit Number

Town _____

## B. Project Information (Continued)

7. Location, Length, Size and Capacity of Pumping Stations to be Connected to the existing system:

   a. 1958 Broadway, Raynham
      Pump Station Location

      2                          20 HP +/-              150GPM +/-
      Number of Pumps            Pump Size              Pump Capacity

   b. _____
      Pump Station Location

      _____            _____        _____
      Number of Pumps            Pump Size              Pump Capacity

8. General Description of Sewers and Pump Stations within the existing sewer system which will transport the flow from the proposed sewer extension of connection to the receiving Wastewater Treatment Facility:

   The proposed sewer service will connect to the Proposed Raynham Phase 5A Sewer System Expansion on Robinson Street near Wilbur Street (SMH BN15) via a 3" forced sewer main from the WWTF. Thence, via an 8" gravity sewer main flowing south along Robinson Street and Laurel Lane to Hall Street. Thence, via the Town of Raynham's sewer system and ultimately to the Taunton Municipal Wastewater Treatment Plant.

9. Receiving Wastewater Treatment Facility:

   Name                    City of Taunton Wastewater Treatment Facility

   Average Daily Flow      5.8
                           Million gallons per day

   Design Flow             8.34
                           Million gallons per day

10. Does the discharge contain any industrial waste?          ☐ Yes    ☒ No

    If yes, list any pollutants which you know or have reason to believe are discharged or may be discharged. For every pollutant you list, please indicate its approximate concentration in the discharge and any analytical data in your possession which will support your statement. Additional wastewater analysis may be required as part of this application.

    Pollutant                    Concentration                 Analytical Data

    _____              _____               _____

    _____              _____               _____



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection – Water Pollution Control
Sewer Connections/Extensions

# BRP WP 13, 14, 17, 18, 55

**Application for Permit for Sewer System Extension or Connection**

DEP Use Only:

W034495
Permit Number

_____
Town

---

## B. Project Information (Continued)

11. Does the discharge contain any industrial waste containing substances or materials which could harm the sewers, wastewater treatment process, or equipment; have an adverse effect on the receiving water; or could otherwise endanger life, limb, public property, or constitute a nuisance?

    ☐ Yes   ☒ No

12. Do the wastewaters receive any pretreatment prior to discharge?

    ☒ Yes   ☐ No

13. List, in descending order of significance, the four (4) digit standard industrial classification (SIC) Codes which best describe the facility producing the discharge in terms of the principal products for services provided. Also, specify each classification in words.

    SIC Code                                          Specify

    N/A
    A. _____    _____
    B. _____    _____
    C. _____    _____
    D. _____    _____

14. Is the Proposed Discharge Consistent with Existing Sewer Use Regulations?

    ☒ Yes   ☐ No

15. Is there a site of historic or archeological significance, as defined in regulations of the Massachusetts Historical Commission, 950 CMR 71.00, which is in the area affected by the proposed extension or connection?

    ☐ Yes   ☒ No

16. Does this project require a filing under 301 CMR 11.00, the Massachusetts Environmental Policy Act?

    ☐ Yes   ☒ No

    If yes, has a Filing been made?

    ☐ Yes   ☐ No



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection – Water Pollution Control
Sewer Connections/Extensions

# BRP WP 13, 14, 17, 18, 55

Application for Permit for Sewer System Extension or Connection

DEP Use Only:

W0034495
Permit Number

_____
Town

---

## B. Project Information (Continued)

17. Name and Address of Mass. Registered Professional Engineer Designing Proposed System:

Philip A. McNulty, P.E.
Name

Hayward-Boynton & Williams, Inc., 60 Court Street
Street

Taunton
City/Town

(508) 822-9870
Telephone Number

[Seal: PHILIP A. McNULTY, CIVIL, NO. 35100, REGISTERED PROFESSIONAL ENGINEER]
2-5-03

02780
Zip Code

38100 (Civil)
Mass. P.E. Number

## C. Certification

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment of knowing violations."

(I will be responsible for publication of public notice of the applicable permit proceedings identified under 314 CMR 2.06(1)(a) through (d).)

EarthSource, Inc.
Printed Name of Applicant

Robert J. Kelly, President
Title

[Signature]
Signature of Applicant

2/7/03
Date Signed

Philip A. McNulty, P.E.
Name of Preparer

Sr. Project Engineer
Title

(508) 822-9870
Phone Number

## D. General Conditions

1. General Conditions

    a. All discharge authorized herein shall be consistent with the terms and conditions of this permit and the approved plans and specifications. The discharge of any wastewater at a level in excess of that identified and authorized by this permit shall constitute a violation of the terms and conditions of this permit. Such a violation may result in the imposition of civil and/or criminal penalties as provided for in Section 42 of the State Act.

    b. After notice and opportunity for a hearing, this permit may be modified, suspended, or revoked in whole or in part during its term for cause including, but not limited to, the following:

        (1) Violation of any terms or conditions of the permit;

**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection – Water Pollution Control
Sewer Connections/Extensions

# BRP WP 13, 14, 17, 18, 55

Application for Permit for Sewer System Extension
or Connection

DEP Use Only:

W034495
Permit Number

_____
Town

---

## D. General Conditions (Continued)

   (2) Obtaining a permit by misrepresentation or failure to disclose fully all relevant facts; and

   (3) A change in conditions or the existence of a condition which requires either a temporary or permanent reduction or elimination of the authorized discharge.

c. In the event of any change in control or ownership of facilities from which the authorized discharges originate, the permittee shall notify the succeeding owner or operator of the existence of this permit by letter, a copy of which shall be forwarded to the Director. Succeeding owners or operators shall be bound by all the conditions of this permit, unless and until a new or modified permit is obtained.

d. The issuance of this permit does not convey any property rights in either real or personal property, or any exclusive privileges; nor does it authorize or relieve the permittee of any liability for any injury to private property or any invasion of personal rights; nor any infringement of Federal, State, or local laws or regulations; nor does it waive the necessity of obtaining any local assent required by law for the discharge authorized herein.

e. The provisions of this permit are severable, and the invalidity of any condition or subdivision thereof shall not make void any other condition or subdivision thereof.

f. All information and data provided by an applicant or a permittee identifying the nature and frequency of a discharge shall be available to the public without restriction. All other information (other than effluent data) which may be submitted by an applicant in connection with a permit application shall also be available to the public unless the applicant or permittee is able to demonstrate that the disclosure of such information or particular part thereof to the general public would divulge methods or processes entitled to protection as trade secrets in accordance with the provisions of M.G.L. c.21, s.27(7). Where the applicant or permittee is able to so demonstrate, the Director shall treat the information or the particular part (other than effluent data) as confidential and not release it to any unauthorized person. Such information may be divulged to other officers, employees, or authorized representatives of the Commonwealth or the United States Government concerned with the protection of public water or water supplies.

g. Transfer of Permits

   (1) Any sewer system extension or connection permit authorizing an industrial discharge to a sewer system is only valid for the person to whom it is issued, unless transferred pursuant to 314 CMR 7.13. Such permits shall be automatically transferred to a new permittee if:

      A. The current permittee notifies the Director at least 30 days in advance of the proposed transfer date; and

      B. The notice includes a written agreement between the existing and new permittee containing a specific date for transfer of permit responsibility, coverage, and liability between them.

   (2) Any sewer system extension or connection permit not subject to 314 CMR 7.13(1) automatically transfers to a subsequent owner, operator, or occupant.



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection – Water Pollution Control
Sewer Connections/Extensions

# BRP WP 13, 14, 17, 18, 55
Application for Permit for Sewer System Extension or Connection

DEP Use Only:

W034495
Permit Number

_____
Town

---

## D. General Conditions (continued)

2. Special Conditions

_____
_____
_____
_____
_____
_____
_____
_____

---

## E. Approval Recommended

Signature and Title of appropriate Municipal Official:

FRANK CABRAL, JR., P.E.
Printed Name of Official

SUPERINTENDENT
Title

*Frank Cabral Jr.*
Signature

508-824-2749
Phone Number

2/13/2003
Date Signed

---

### DEP Use Only

08 DEC 2003
Date Issued  08 DEC 2003
Effective Date of Permit

*[signature] Jeffrey E. _____ for*
Regional Sewer Permits Coordinator

# Board of Sewer Commissioners
## 1555 King Philip Street, Raynham, MA 02767-1711

Telephone (508) 824-2749

**Commissioners**
John A. Dolan
John J. McGarry
John P. Lynn

February 12, 2003

**Superintendent**
Frank Cabral, Jr., P.E.

Division of Water Pollution Control
One Winter Street
Boston, MA 02108

Re:  **Sewer Connection Permit Application**
     **Route 138 Wastewater Treatment Facility, Raynham, MA**

The purpose of this letter is to acknowledge that the utilization of flow capacity that is required for planning purposes during the next twenty years from the proposed Route 138 Wastewater Treatment Facility sewer connection is 99,500 gallons per day.

This flow capacity is **not** part of the North Raynham sewer project as described in the Executive Office of Environmental Affairs (EOEA) Certificate Number 12481.

The total flow capacity required for the Town of Raynham for planning purposes during the next twenty years is 1.2 million gallons per day (MGD). The North Raynham sewer project as described in EOEA Certificate Number 12481 will require only 0.135 MGD of that total. The proposed Route 138 Wastewater Treatment Facility sewer connection would add 0.995 MGD to the North Raynham sewer project total.

If approved by the Massachusetts Department of Environmental Protection, the Town and the applicant will enter into an *Agreement for the Limited Use of the Town of Raynham Sewer Collection System.*

Yours truly,

*Frank Cabral, Jr.*

Frank Cabral, Jr., P.E.


Copy to: Earth Source, Inc.

C