UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

C.A. No. 04-10373-REK

2004 APR 28 A 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

EARTHSOURCE, INC.,

    Plaintiff

v.

THE TOWN OF RAYNHAM, GORDON D. LUCIANO, DONALD L. MCKINNON, RAYMOND W. PLATT, individually & as members of the Raynham Board of Health,

    Defendants

DEFENDANT RAYMOND W. PLATT'S L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

*[signature]*
Raymond W. Platt

COUNSEL TO DEFENDANT RAYMOND W. PLATT,

*[signature]*
Mark R. Reich (BBO# 553212)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

215693/METG/0532

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on April 27, 2004.

*[signature]*