UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10373-REK

EARTHSOURCE, INC.,

        Plaintiff

v.

THE TOWN OF RAYNHAM, GORDON D. LUCIANO, DONALD L. MCKINNON, RAYMOND W. PLATT, individually & as members of the Raynham Board of Health,

        Defendants

DEFENDANT DONALD L. McKINNON'S L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant and the undersigned counsel and hereby affirm that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

*/s/ Donald L. McKinnon*
Donald L. McKinnon

COUNSEL TO DEFENDANT DONALD L. McKINNON,

*/s/ Mark R. Reich*
Mark R. Reich (BBO# 553212)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

215686/METG/0532

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on April 27, 2004.