UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10373-REK

EARTHSOURCE, INC.,

    Plaintiff

v.

THE TOWN OF RAYNHAM, GORDON D. LUCIANO, DONALD L. MCKINNON, RAYMOND W. PLATT, individually & as members of the Raynham Board of Health,

    Defendants

DEFENDANT TOWN OF RAYNHAM'S L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant Town of Raynham, through its authorized representative and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO DEFENDANT TOWN OF RAYNHAM,

~~Randall A. Buckner~~
~~Town Administrator~~
Town of Raynham
Chairman Bd of Selectmen
and Chairman of the Bd of Health

Mark R. Reich (BBO# 553212)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

215658/METG/0532

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail~~ hand on April 27, 2004.