UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10373-REK

EARTHSOURCE, INC.,

    Plaintiff

v.

THE TOWN OF RAYNHAM,
GORDON D. LUCIANO,
DONALD L. MCKINNON,
RAYMOND W. PLATT,
individually & as members of
the Raynham Board of Health

    Defendants

PLAINTIFF'S L.R. 16.1(D) CERTIFICATION

The undersigned officer of Plaintiff and its counsel do each hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

EARTHSOURCE, INC.

_____
Robert J. Kelly
its President

EARTHSOURCE, INC.
By its attorney,

_____
Michael P. Morizio, BBO #549593
Friedman & Atherton LLP
53 State Street
Boston, MA 02109
617-227-5540

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Dated: 4/29/04

# FRIEDMAN & ATHERTON LLP
COUNSELLORS AT LAW

EXCHANGE PLACE
53 STATE STREET
BOSTON, MA
02109

TELEPHONE
617-227-5540

TELECOPIER
617-523-1559

April 29, 2004

BY HAND

Clerk
U.S. District Court
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Earthsource, Inc. v. Town of Rayhnam, et al.
United States District Court, C.A. No. 04-10373REK

Dear Sir/Madam:

Enclosed for filing in the above-referenced case, please find Plaintiff's L.R. 16.1(D) Certification.

Thank you for your attention to this matter.

Very truly yours,

Michael P. Morizio

MPM/jlw
Enclosure
cc: Mark R. Reich, Esquire