UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10373-REK

EARTHSOURCE, INC.,

       Plaintiff

v.

THE TOWN OF RAYNHAM, GORDON D. LUCIANO, DONALD L. MCKINNON, RAYMOND W. PLATT, individually & as members of the Raynham Board of Health,

       Defendants

LOCAL RULE 7.1
CERTIFICATE OF
COMPLIANCE

Now comes the undersigned defense counsel, and hereby certifies she conferred, via letter with the plaintiff's counsel of record on August 24, 2004, as well as subsequent telephone calls, in a good faith effort to resolve or narrow the issues set forth in Defendants' Partial Motion For Judgment on the Pleadings on Count IV of the Complaint Pursuant to Fed.R.Civ.P.12(c) but the parties were unable to reach agreement prior to the filing of the motion.

DEFENDANTS,

By their attorneys,

Mark R. Reich (BBO #553212)
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

227938/METG/0532

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on _____