UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10373-REK

EARTHSOURCE, INC.,

        Plaintiff

v.

THE TOWN OF RAYNHAM, GORDON D. LUCIANO, DONALD L. MCKINNON, RAYMOND W. PLATT, individually & as members of the Raynham Board of Health,

        Defendants

LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

    Now comes the undersigned defense counsel, and hereby certifies she conferred, via telephone with the plaintiff's counsel of record on November 8 and 11, 2004 in a good faith effort to resolve or narrow the issues set forth in Defendants' Motion for Leave to File Additional Papers in Support of their Motion for Judgment on the Pleadings on Count IV Pursuant to Local Rule 7.1(B)(3) but the parties were unable to reach agreement prior to the filing of the motion.

DEFENDANTS,

By their attorneys,

/s Katharine Goree Doyle
Mark R. Reich (BBO #553212)
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

236595/METG/0532