UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10373-REK

_____
                                    )
EARTHSOURCE, INC.,                  )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
THE TOWN OF RAYNHAM,                )
GORDON D. LUCIANO,                  )
DONALD L. MCKINNON,                 )
RAYMOND W. PLATT,                   )
individually & as                   )
members of the                      )
Raynham Board of Health,            )
    Defendants.                     )
_____ )

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter the appearance of Jennifer C. Roman of Friedman & Atherton LLP on behalf of the Plaintiff, EarthSource, Inc.

                                                Respectfully submitted,
                                                /s/ Jennifer C. Roman
                                                Jennifer C. Roman, BBO #643223
                                                Friedman & Atherton LLP
                                                53 State Street
                                                Boston, MA 02109
                                                (617) 227-5540

Dated: November 23, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2004, a true copy of the above document was served upon the attorney of record for the Defendants by first class mail, postage prepaid.

                                                /s/ Jennifer C. Roman